```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JANELYS HERNANDEZ, *on behalf of herself and all*             :
*others similarly situated*,                                  :
                                                              :    1:22-cv-7767-GHW
                                              Plaintiff,      :
                                                              :    ORDER
                                                              :
                      -v -                                    :
                                                              :
WARM GLOW CANDLE COMPANY,                                     :
                                                              :
                                              Defendant.      :
                                                              X
-------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

On October 27, 2022 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than November 10, 2022. Dkt. No. 11. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's October 27, 2022 order forthwith, and in no event later than November 16, 2022.

SO ORDERED.

Dated: November 11, 2022
       New York, New York
                                                   _____
                                                   GREGORY H. WOODS
                                                   United States District Judge