UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANELYS HERNANDEZ,
*on behalf of herself and all others similarly situated,*
                                    Plaintiff,

-against-

WARM GLOW CANDLE COMPANY,

                                    Defendant.

Case No. 1:22-cv-07767 (GHW)

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties stipulate to the dismissal of this action with prejudice, each party to bear its own costs and fee

Respectfully submitted,

/s/ Julia R. Livingston
BARNES & THORNBURG LLP
Julia R. Livingston (NY Bar No. 5392253)
390 Madison Avenue, 12th Floor
New York, New York 10017
Telephone:   (646) 746-2000
Facsimile:    (646) 746-2001
Email:         julia.livingston@btlaw.com

*Attorneys for Defendant*
*Warm Glow Candle Company.*

Noor Abou-Saab
LAW OFFICE OF NOOR A. SAAB
380 North Broadway, Suite 300
Jericho, New York 11753
Telephone:   (718) 740-5060
Facsimile:    (718) 709-5912
Email:         NoorASaabLaw@Gmail.com

*Attorney for Plaintiff Janelys Hernandez*

DMS 24956469.1